[No. 17430-1-III.    Division Three.    April 27, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. LAWRENCE RAYMOND SENESAC, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 97-1-00546-0, Richard J. Schroeder, J., entered March 31, 1998. *Reversed* by unpublished opinion per Kurtz, C.J., concurred in by Sweeney and Kato, JJ.

[Nos. 22941-2-II; 23061-5-II.    Division Two.    April 28, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRY L. JACOBSEN, *Appellant*.

Appeals from judgments of the Superior Court for Pierce County, Nos. 96-8-03132-9, 96-8-03133-7, Arthur W. Verharen, J., entered January 22, 1998. *Affirmed in part* and *reversed in part* by unpublished opinion per Armstrong, C.J., concurred in by Bridgewater, J.; Hunt, J., dissenting.

[No. 23845-4-II.    Division Two.    April 28, 2000.]

BETTY A. MALLORY, *Respondent*, v. J.B. TRUCKING, INC., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Thurston County, No. 95-2-00965-1, Richard D. Hicks, J., entered September 18, 1998. *Affirmed* by unpublished opinion per Hunt, A.C.J., concurred in by Seinfeld and Houghton, JJ.

[No. 23914-1-II.    Division Two.    April 28, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. TONY MICHAEL DAMICO, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 97-1-01516-2, Roger A. Bennett, J., entered September 30, 1998. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Houghton and Bridgewater, JJ.